IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMIE JUBAR HOLLINS
ADC #129965                                                              PLAINTIFF

v.                         No. 3:21-cv-117-DPM

RAYLINA RAMSEY, Classification
Officer, Grimes Unit of the Arkansas
Division of Correction                                                   DEFENDANT

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 24*, and overrules Hollins's objections, *Doc. 25 & Doc. 26*. FED. R. CIV. P. 72(b)(3). Hollins didn't exhaust his claims against Ramsey before he filed this lawsuit in June. Ramsey's motion for summary judgment, *Doc. 21*, is therefore granted. Hollins's complaint will be dismissed without prejudice for failure to exhaust.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 November 2021