# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMIE JUBAR HOLLINS
ADC #129965                                                                        PLAINTIFF

v.                            No. 3:21-cv-117-DPM

RAYLINA RAMSEY, Classification
Officer, Grimes Unit of the Arkansas
Division of Correction                                                             DEFENDANT

## JUDGMENT

Hollins's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2021